No. 1431, Misc. DAVIS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan, Michael R. Juviler,* and *William C. Donnino* for respondent.

No. 1472, Misc. PECORA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* for petitioner.

No. 1489, Misc. MATHIS v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1494, Misc. VIANDS v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1513, Misc. LYNCH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1521, Misc. PERRY v. HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied. *Robert W. Maxwell II* for petitioner.

No. 1523, Misc. CORRAL v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1526, Misc. POSEY v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1528, Misc. SERVEY v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1535, Misc. ALAWAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1537, Misc. HALLIDAY v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States.